DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LACY CREW,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2386

[December 4, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case No. 06-8250CF10A.

Lacy Crew, Punta Gorda, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. Jean-Michel v. State*, 96 So. 3d 1043, 1045 (Fla. 4th DCA 2012); *Marshall v. State*, 277 So. 3d 1149, 1151 (Fla. 1st DCA 2019); *Romero v. State*, 105 So. 3d 550, 553 (Fla. 1st DCA 2012).

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***